# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN R. WILSON and WILSON WOLF MANUFACTURING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CORNING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-cv-210 DWF/FLN |

## CORNING'S MOTION FOR SUMMARY JUDGMENT ON COUNT VII OF PLAINTIFFS' COMPLAINT: <u>PLAINTIFFS' PATENT INFRINGEMENT CLAIMS</u>

Corning Incorporated ("Corning") respectfully moves the Court to grant summary judgment in its favor on Plaintiffs' patent infringement claims (Doc. 1 at Count VII) pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.  Plaintiffs have admitted that their patent infringement claims cannot be sustained under governing law and, in any event, Plaintiffs have no evidence to support their patent infringement claims.  Thus, summary judgment should be entered in Corning's favor.

Corning's motion is based on the memorandum of law and declarations submitted herewith as well as the motions, submissions and declarations already on file with the Court.

Dated: July 14, 2014                    Respectfully submitted,

*/s/ Jeff M. Barron*

Annamarie Daley
BARNES & THORNBURG LLP
225 South Sixth Street
Suite 2800
Minneapolis, MN 55402-4662
Telephone:  612-367-8749
Facsimile:   612-333-6798

Paul B. Hunt (admitted pro hac vice)
Jeff M. Barron (admitted pro hac vice)
Bradley R. Love (admitted pro hac vice)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  317-231-7453
Facsimile:   317-231-7433


**ATTORNEYS FOR CORNING INCORPORATED**