UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____
JOHN R. WILSON and WILSON WOLF    )
MANUFACTURING CORPORATION,        )
                                  )
            Plaintiffs,           )
                                  )
v.                                )  Civil Action No. 13-cv-210 DWF/FLN
                                  )
CORNING, INC.,                    )
                                  )
            Defendant.            )
                                  )
_____)

**CORNING INCORPORATED'S
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UNJUST
ENRICHMENT CLAIMS AND PARTIAL SUMMARY JUDGMENT ON
PLAINTIFFS' TRADE SECRET MISAPPROPRIATION CLAIMS**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Corning Incorporated ("Corning") respectfully moves the Court for summary judgment on all of Plaintiffs' unjust enrichment claims (Count V) and summary judgment on Plaintiffs' trade secret misappropriation claims (Count VI) for all alleged "misappropriations" after April 21, 2005.

Plaintiffs' unjust enrichment claims fail as a matter of law because the parties agree that a valid contract controlled their dealings. Summary judgment is also warranted on Plaintiffs' trade secret misappropriation claims for all purported "misappropriations" that occurred after April 21, 2005, when Plaintiffs' alleged secrets were published.

Corning's Motion is based upon Corning's Notice of Hearing, Memorandum of Law, Proposed Order, Declaration of Kim Titus, Exhibit Index and incorporated

Declaration of Jeff Barron, the pleadings and other papers on file in this action, and such additional evidence as may be presented at or before the hearing.

Date: August 19, 2015

Respectfully submitted,

*/s/ Jeff M. Barron*
One of Corning Incorporated's Attorneys

Annamarie Daley
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662
Telephone: 612-367-8749
Facsimile: 612-333-6798

Paul B. Hunt (admitted pro hac vice)
Jeff M. Barron (admitted pro hac vice)
Bradley R. Love (admitted pro hac vice)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-231-7453
Facsimile: 317-231-7433

**ATTORNEYS FOR CORNING INCORPORATED**

INDS01 1525239v1