UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN R. WILSON and WILSON WOLF MANUFACTURING CORPORATION,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>CORNING, INC.,<br>　　　　　　　　　　Defendant. | Civil No. 13-210 (DWF/FLN)<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING (1) BREACH OF CONTRACT AND (2) INCORRECT INVENTORSHIP REGARDING U.S. PATENT NO. 7,745,209** |

Plaintiffs hereby move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment on Plaintiffs' claims for (1) breach of contract and (2) incorrect inventorship regarding U.S. Patent No. 7,745,209. This motion is based on all the files, records and proceedings herein, the supporting memoranda of law and declarations submitted herewith, and the arguments of counsel.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 25, 2015　　　　　　　WINTHROP & WEINSTINE, P.A.

　　　　　　　　　　　　　　　　　　　　s/Christopher A. Young
　　　　　　　　　　　　　　　　　　　　Devan V. Padmanabhan (No. 240126)
　　　　　　　　　　　　　　　　　　　　Sri K. Sankaran (No. 204304)
　　　　　　　　　　　　　　　　　　　　Christopher A. Young (No. 288998)
　　　　　　　　　　　　　　　　　　　　225 South Sixth Street
　　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　(612) 604-6400

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs John R. Wilson and Wilson Wolf Manufacturing Corporation

10933109v1